JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KRISTINE FARRINGTON, | ) Case No.: 8:20-cv-00039-JDE |
| Plaintiff, | ) |
| vs. | ) JUDGMENT OF REMAND |
| ANDREW SAUL, Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court having approved the parties' Stipulation to Voluntary Remand (Dkt. 18, "Stipulation to Remand") and entered an Order of Remand,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: November 23, 2020

JOHN D. EARLY
United States Magistrate Judge